**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 04-2382**

───────────

ABRAHAM WEARING,

                        Plaintiff - Appellant,

     versus

GATE CONCRETE,

                        Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CA-02-687-5-BO)

───────────

Submitted: April 14, 2005         Decided: April 19, 2005

───────────

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Abraham Wearing, Appellant Pro Se. Elizabeth Kline Dorminey, WIMBERLY, LAWSON, STECKEL, NELSON & SCHNEIDER, Atlanta, Georgia, Melegia Lee Daniels, Jr., WIMBERLY, LAWSON, DANIELS & BRANDON LLC, Greenville, South Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Abraham Wearing appeals the district court's order granting summary judgment for Gate Concrete and dismissing his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wearing v. Gate Concrete, No. CA-02-687-5-BO (E.D.N.C. Sept. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED